USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

JOSE FIGUEROA, *on behalf of himself and all others similarly situated*

                Plaintiff,

-against-

EDDIE BAUER LLC,

                Defendants.

-----------------------------------------------------------x

18-cv-10413 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    New York, New York
            January 21, 2020

                                              **HON. ANDREW L. CARTER, JR.**
                                              **United States District Judge**